```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
In re                            )
                                 )         CHAPTER 13 APPEAL
DUANE W. SCOTT and               )
JOANN L. SCOTT,                  )    Case No. 4:08-CV-03047-JFB
                                 )
      Debtors/Appellants.        )
                                 )
```

<u>ORDER ON APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' OPENING BRIEF</u>

This matter comes before the Court on the Appellants' Motion For Extension of Time To File Appellants' Opening Brief.  The Court being fully advised in the premises finds that the Appellants' Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the date to file Appellants' Opening Brief shall be extended to April 30, 2008.  Appellants shall have up to and including April 30, 2008, in which to file their opening brief.

DATED:  April 1, 2008

**BY THE COURT:**

**s/ Joseph F. Bataillon**
United States District Court Judge

Prepared By:
Allan J. Eurek, #16833
ALLAN J. EUREK & ASSOC., P.C.
455 S. 11th Street, Suite B
Lincoln, NE 68508
Telephone: 402-477-7500
Fax: 402-477-7525
aeurek@eureklaw.com

1