IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In re | ) ) ) | 4:08CV3047 |
| DUANE E. SCOTT and JOANN L. SCOTT, | ) ) ) ) | |
| Debtors/Appellants | ) ) ) ) | ORDER |

This matter comes before the court on the Appellants' Motion for Dismissal of Appeal, Filing No. 12. The court being fully advised in the premises finds that the Appellants' Motion should be granted.

IT IS THEREFORE ORDERED that the above-captioned appeal is hereby dismissed.

DATED this 19th day of May, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge